FLN (Rev. 4/2004) Deficiency Order                                                                                           Page 1 of 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                                                                Case No.3:07CR145/MCR

ROGELIO GALVAN CHAVEZ

_____

# O R D E R

Defendant's document, **MOTION TO SUPPLEMENT THE RECORD**, received on September 10, 2008, was referred to the undersigned with the following deficiencies:

> Counsel for the moving party shall confer with counsel for the opposing party and shall file with the court, at the time of filing a motion, a statement certifying that counsel has conferred with counsel for the opposing party in a good-faith effort to resolve by agreement the issues raised or has attempted to so confer but, for good cause stated, was unsuccessful, as required by N.D. Fla. Loc. R. 7.1(B).

For these reasons, IT IS ORDERED that:

> The document shall remain in the electronic file, but the court will not consider it until you have corrected the above deficiencies through the filing of a corrected document. The document is denied without prejudice with leave given to refile after correction.

**DONE and ORDERED** this 12th of September, 2008.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS**
                                            **UNITED STATES DISTRICT JUDGE**