IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

    Plaintiff,

v.                                     CASE NO. 3:07cr145/MCR

ROGELIO GALVAN CHAVEZ,
a/k/a "Julio"
a/k/a "Pelon,"

    Defendant.
_____/

## ORDER TO CORRECT SCRIVENER'S ERROR

THIS CAUSE comes before the court upon the Government's Motion to Correct Scrivener's Error. The Court being fully advised in the premises;

IT IS HEREBY ORDERED:

    2.    The real property legal description is hereby changed to **Cancun's Mexican Grill, 1385 Shoreline Drive, Gulf Breeze, Florida 32561, with all Improvements and Appurtenances thereon**, and is more particularly described as follows:

All that certain land situate in Santa Rosa County, Florida, viz:

COMMENCE AT THE SOUTHEAST CORNER OF GOVERNMENT LOT 3, SECTION 4, TOWNSHIP 3 SOUTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA; THENCE GO NORTH 90 DEGREES 00'00" WEST ALONG THE SOUTH LINE OF THE AFORESAID GOVERNMENT LOT 3, A DISTANCE OF 744.12 FEET TO THE POINT OF BEGINNING; THENCE GO NORTH 02 DEGREES 46'57" EAST, A DISTANCE OF 107.42 FEET; THENCE GO NORTH 87 DEGREES 35'13" WEST, A DISTANCE OF 261.45 FEET TO AN INTERSECTION WITH THE SOUTHEASTERLY CURVED RIGHT-OF-WAY LINE OF SHORELINE DRIVE (100' R/W) BEING CONCAVE SOUTHEASTERLY AND HAVING A RADIUS OF 868.51 FEET; THENCE GO SOUTHWESTERLY ALONG THE AFORESAID CURVED RIGHT-OF-WAY LINE AN ARC DISTANCE OF 94.78 FEET (CH - 94.73', CH BRG - SOUTH 43 DEGREES 14'36" WEST); THENCE GO SOUTH 00 DEGREES 21'00" EAST, A DISTANCE OF 49.29 FEET TO A POINT ON THE AFORESAID SOUTH LINE OF GOVERNMENT LOT 3; THENCE GO NORTH 90 DEGREES 00"00" EAST, A DISTANCE OF 320.53 FEET TO THE POINT OF BEGINNING.  THE ABOVE DESCRIBED PARCEL OF LAND IS SITUATED IN SECTION 4, TOWNSHIP 3 SOUTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA.

42' INGRESS, EGRESS AND PARKING EASEMENT

COMMENCE AT THE SOUTHEAST CORNER OF GOVERNMENT LOT 3, SECTION 4, TOWNSHIP 3 SOUTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA; THENCE GO NORTH 90 DEGREES 00'00" WEST ALONG THE SOUTH LINE OF THE AFORESAID GOVERNMENT LOT 3, A DISTANCE OF 744.12 FEET; THENCE GO NORTH 02 DEGREES 46'57" EAST A DISTANCE OF 107.42 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE NORTH 02 DEGREES 46'57" EAST, A DISTANCE OF 42.02 FEET; THENCE GO NORTH 87 DEGREES 35'13" WEST, A DISTANCE OF 231.20 FEET TO AN INTERSECTION WITH THE SOUTHEASTERLY CURVED RIGHT-OF-WAY LINE OF SHORELINE DRIVE (100' R/W BEING CONCAVE SOUTHEASTERLY AND HAVING A RADIUS OF 868.51 FEET; THENCE GO SOUTHWESTERLY ALONG THE

AFORESAID CURVED RIGHT-OF-WAY LINE AN ARC DISTANCE OF 51.94 FEET (CH - 51.93', CH BRG - SOUTH 38 DEGREES 24'13" WEST); THENCE GO SOUTH 87 DEGREES 35'13" EAST, A DISTANCE OF 261.45 FEET TO THE POINT OF BEGINNING, THE ABOVE DESCRIBED EASEMENT IS SITUATED IN SECTION 4, TOWNSHIP 3 SOUTH, RANGE 29 WEST, SANTA ROSA COUNTY, FLORIDA.

_M. Casey Rodgers_   10/3/08
M CASEY RODGERS
UNITED STATES DISTRICT JUDGE

3